Lara Hruska, OSB No. 230637
lara@cedarlawpllc.com
Anna Moritz, OSB No. 225306
anna@cedarlawpllc.com
CEDAR LAW PLLC
113 Cherry St., PMB 96563,
Seattle, WA 98104-2205
(206) 607-8277 [tel]
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| K.B. who sues through her parents, A.B. and C.B., | Case No.: 6:24-cv-01575-MC |
| Plaintiffs, | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |
| SALEM KEIZER PUBLIC SCHOOLS and WILLAMETTE EDUCATIONAL SERVICE DISTRICT, | |
| Defendants. | |

THIS MATTER came before the Court upon the stipulation of Plaintiff K.B., who sues through her parents, A.B. and C.B., and Defendants, Salem-Kaizer Public Schools and Willamette Educational Service District, by and through their respective attorneys, requesting that a general judgment of dismissal, with prejudice, be entered without costs of fees to any party.

IT IS HEREBY ORDERED AND ADJUDGED that a General Judgment of Dismissal be entered dismissing this case in its entirety with prejudice and without costs or fees to any party.

Dated: 1/17/2025.

s/Michael J. McShane

MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
Ph : (206) 607-8277 | Fax 206.237.9101

**IT IS SO STIPULATED:**


\_\_\_s/ Anna Moritz_____
Anna Moritz, OSB No. 225306
Attorney for Plaintiff

\_\_s/ Elizabeth Polay_____
Elizabeth L. Polay, OSB No. 144075
Attorney for Defendant SKSD


\_\_\_s/ Lara Hruska_____
Lara Hruska, OSB No. 230637
Attorney for Plaintiff

\_\_\_s/ Beth Plass_____
Beth Plass, OSB No. 122031
Attorney for Defendant WESD


**Submitted by:**
Anna Moritz, OSB No. 225306
anna@cedarlawpllc.com
CEDAR LAW PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104

CASE NO. 6:24-CV-01575-MK
STIPULATED GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE
PAGE 3 OF 4

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
Ph : (206) 607-8277 | Fax 206.237.9101

**CERTIFICATE OF SERVICE**

       I hereby certify that I caused to be served the foregoing Stipulated General Judgment of Dismissal with Prejudice on the date indicated below, via email, to the following parties a true copy thereof, at their last known addresses indicated below:

Beth Plass, OSB No. 122031
Vickers Plass LLC
5200 Meadows Road
Lake Oswego, OR 97035
bplass@vickersplass.com
Ph: (503) 726-5975
Attorney for WESD

Elizabeth L. Polay, OSB No. 144075
Garrett Hemann Robertson P.C.
P.O. Box 749
Salem, OR 97308-074
epolay@ghrlawyers.com
Attorney for SKSD

DATED January 10, 2025.

                        CEDAR LAW PLLC

                        _____
                        Amy Schley, Paralegal

CASE NO. 6:24-CV-01575-MK
STIPULATED GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE
PAGE 4 OF 4

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104-2205
lara@cedarlawpllc.com
Ph : (206) 607-8277 | Fax 206.237.9101